AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Jr., Henry C. | Eastern District of Virginia | 03/24/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Sr. Status | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> 600 Granby Street, Room 307 <br> Norfolk, VA 23510 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Morgan Jr., Henry C.

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 03/24/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/09-12/09 | Real Estate Agent, Rose and Womble Realty- Commissions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Trial Advocacy College & University of Virginia Law School | 1/6-8/2009 | Charlottesville, VA | Educational Seminar | Transportation, Lodging, Food |
| 2. | Chemonics International, Inc. | 2/8-19/2009 | Kiev, Ukraine | Seminar w/Gov't Entity | Transportation, Lodging, Food |
| 3. | New York Intellectual Property Law Association | 3/27-28/2009 | New York, NY | Professional Association | Transportation, Lodging, Food |
| 4. | Open World Program, American Councils for International Education | 9/23-25/2009 | Washington, DC | Meeting w/Gov't Entity | Transportation, Lodging, Food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 03/24/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 03/24/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. A.B. Watley Group, Inc. | A | Dividend | J | T | | | | | |
| 2. Archer Daniels Midland Co. | A | Dividend | J | T | | | J | | |
| 3. AT&T | A | Dividend | J | T | | | J | | |
| 4. BB&T Corp. | A | Dividend | J | T | | | J | | |
| 5. Bristol Myers Squibb Co. | A | Dividend | J | T | | | J | | |
| 6. Celgene Corp. | A | Dividend | J | T | | | J | | |
| 7. Coca Cola Co. Com. | A | Dividend | J | T | | | J | | |
| 8. Colgate Palmolive Co. | A | Dividend | J | T | | | J | | |
| 9. Costco Wholesale Corp. | A | Dividend | J | T | | | J | | |
| 10. Dominion Resources Inc. Va. | A | Dividend | J | T | | | J | | |
| 11. Dow Chemical | A | Dividend | J | T | | | J | | |
| 12. EWZ - Brazil | A | Dividend | J | T | | | J | | |
| 13. GID - Gold | A | Dividend | J | T | | | J | | |
| 14. Lawyer's Custody Acct. | A | Interest | J | W | | | | | |
| 15. Luria L Son Inc. | A | Dividend | J | T | | | | | |
| 16. Marathon Oil Corp. | A | Dividend | J | T | | | J | | |
| 17. Nordic Amern Tanker Shipping, Ltd. | A | Dividend | J | T | | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 03/24/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Procter & Gamble Co. | A | Dividend | J | T | | | J | | |
| 19.  Spectra Energy Corp. | A | Dividend | J | T | | | J | | |
| 20.  TowneBank | A | Dividend | J | T | | | | | |
| 21.  TowneBank Account | A | Interest | J | T | | | | | |
| 22.  TOWNEBANK SECURITIES | | | | | | | | | |
| 23.  - Columbia Acorn Int'l Fund Class B (Mutual Fund) (X) | A | Dividend | J | T | | | | | |
| 24.  - Columbia Conservative High Yield Fund Class B (X) | A | Dividend | J | T | | | | | |
| 25.  -Heritage Cash Trust | A | Dividend | J | T | | | | | |
| 26.  - Spdr KBW Bank ETF (Mutual Fund) | | | J | T | | | J | | |
| 27.  WACHOVIA SECURITIES | | | | | | | | | |
| 28.  - Computerized Thermal Imaging, Inc. | A | Dividend | J | T | | | | | |
| 29.  - Middleby Corp. | A | Dividend | J | T | | | | | |
| 30.  - Roche Holdings Ltd. ADR | A | Dividend | J | T | | | | | |
| 31.  - Wachovia Corp. | A | Dividend | J | T | | | | | |
| 32.  Waterside Capital Corp. | A | Dividend | J | T | | | | | |
| 33.  IRA, Towne Investment Group | A | Interest | J | T | | | | | |
| 34.  IRA, UBS Financial Services, Inc. | G | Interest | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 03/24/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS and TRUSTS

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 03/24/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544